IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

BRANDON MCCLEERY,

    Petitioner,           Civ. No. 1:13-cv-01424-SU

v.                           **ORDER**

CAROLYN W. COLVIN,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Patricia Sullican filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1 - OPINION AND ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#16). The decision of the administrative law judge is affirmed and the case is dismissed.

IT IS SO ORDERED.

DATED this __17__ day of November, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER